UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PAUL MANCUSO

                Plaintiff

v..                                  5:12-CV-1027 (LEK/ATB)

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, ET AL.

                Defendants
_____

### ORDER OF RECUSAL

The undersigned hereby **RECUSES** himself from the above-entitled action. The Clerk is authorized and directed to reassign this case to another Magistrate Judge.

**WHEREFORE**, it is hereby

**ORDERED**, that the Clerk enter this Order of Recusal for the undersigned, and it is further

**ORDERED**, that the Clerk shall reassign this case to another Magistrate Judge, and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the parties and the Magistrate Judge to whom the case is assigned.

Dated: June 26, 2012

_____
Hon. Andrew T. Baxter
U.S. Magistrate Judge